# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO LEON, JR., | Case No.: SACV14-0387 JLS (DFMx) |
| Plaintiff, | [~~Proposed~~] PROTECTIVE ORDER |
| vs. | |
| CITY OF SANTA ANA; and DOES 1 through 10, | |
| Defendants. | |

IT IS HEREBY ORDERED, following the stipulation of counsel, as follows:

1. The protective order shall govern the disclosure of the statement of Officer David Garcia given to the Orange County District Attorney's office in connection with the shooting that gives rise to the lawsuit entitled <u>Ignacio Leon v. City of Santa Ana, et al.</u>, bearing case number SACV14-0387 JLS (DFMx).

2. This statement, hereinafter referred to as "the Protected Item", will be clearly designated prior to the disclosure or production of such Protected Item, and will bear the notation of "Confidential" on each page provided the notation does not obscure or obliterate the document's contents. The Protected Item shall be subject to this Protective Order as follows.

3. Each person receiving any of the Protected Item shall not disclose to any person or entity, in any manner, including orally, any of the Protected Documents or any of the information contained therein, except when used for purposes of this litigation pursuant to this protective order.

4. The Protected Item and all information contained therein, may only be disclosed to the following "qualified" persons:

    (a) Counsel of record for the parties to this civil litigation;

    (b) Plaintiff and Defendant City of Santa Ana and its employees;

    (c) Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in subparagraph (a); and, investigators, expert witnesses and other persons legitimately involved in litigation-related activities for the counsel of record.

    (d) Court personnel, including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for the trial of this action.

5. The confidential information may be disclosed to the Court and court personnel, in connection with this litigation. Portions of the Protected Item that a party intends to use in support of or in opposition to a pre-trial filing with the Court must be filed in accordance with the Central District of California Local Rules relating to under seal filings, including Local Rule 79-5. Counsel intending to use information from Protected Item must both (a) apply to submit unredacted documents containing information from the Protected Item under seal and (b) file public versions of the same document with the information from the Protected Item redacted.

6. In the event this matter proceeds to trial, to the extent that the Protected Item is offered into evidence, the Protected Item will become public, unless sufficient cause is shown in advance of trial to proceed otherwise.

7. The court reporter, videographer, and audiographer, if any, who record all or part of the depositions in this matter of any City of Santa Ana

employee, which includes the Protected Item or descriptions thereof shall be subject to this Order and precluded from providing any portions of the original deposition videotape, audiotape, or exhibits which relate to the Protected Item or information to any persons other than counsel of record, absent order of the court.

8. Those attending the deposition of any City of Santa Ana employee wherein the Protected Item is disclosed, shall be bound by this Order and, therefore, shall not disclose to any person or entity, in any manner, including orally, any statements relating to information within the Protected Item made by such person during the course of said depositions.

9. The Protected Item shall be used solely in connection with the preparation and trial of the within this action <u>Ignacio Leon v. City of Santa Ana, et al.</u>, bearing case number SACV14-0387 JLS (DFMx), or any related appellate proceeding, and not for any other purpose, including, without limitation, any other litigation or administrative proceedings or any investigation related thereto.

10. This Order may not be modified unless by written consent of the parties and approval of the Court. Any party may move for a modification of this Order at any time.

11. This Order is made for the purpose of ensuring that the Protected Item and the information contained therein will remain confidential.

12. At the conclusion of this litigation, upon request of defense counsel, plaintiff's counsel shall return all Protected Item to Steven J. Rothans, Esq., Carpenter, Rothans & Dumont, 888 S. Figueroa Street, Suite 1960, Los Angeles, California 90017. Alternatively, the receiving parties and every other person and/or entity who received originals or copies of the protected item may destroy all such material and material derived therefrom within 30 calendar days after the conclusion of this case. Additionally, within 30 calendar days after the conclusion of this case, counsel for the receiving parties shall send a signed declaration stating that such material has been destroyed pursuant to this Protective Order.

1  13. Nothing in this Order shall be construed as authorizing a party to disobey a lawful subpoena issued in another action.

## GOOD CAUSE

The City of Santa Ana submits that GOOD CAUSE exists to preserve the confidentiality of the records governed by this stipulation, where the documents consist of portions of police officers' personnel file and private information concerning individuals who are not parties to this litigation. At no time have any of the requested materials been released by the defendants to anyone other than the City of Santa Ana Personnel Department and City of Santa Ana City Attorney's Office. It is the defendants' position that disclosure of the records violates the subject peace officer's right to privacy as protected by the California and United States Constitutions. The parties submit that a protective order governing these documents will serve to balance the officer's right of privacy with the plaintiffs' right to discovery in this litigation.

IT IS SO ORDERED.

DATED: November 4, 2014

_____
Honorable Douglas F. McCormick
United States Magistrate Judge