```
FILED
CLERK, U.S. DISTRICT COURT

FEB 2 7 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   IGNACIO LEON, JR.,                )   Case No.: SACV14-0387 JLS (DFMx)
                                        )
12              Plaintiff,             )   [~~Proposed~~] ORDER RE
                                        )   PRODUCTION OF PERSONNEL
13   vs.                               )   DOCUMENTS AND PROTECTIVE
                                        )   ORDER
14   CITY OF SANTA ANA; and DOES 1     )
     through 10,                        )
15                                      )
                Defendants.            )
16                                      )
                                        )
17   _____       )

18

19        IT IS HEREBY ORDERED as follows:

20        1.    On January 26, 2015, the plaintiff filed a motion to compel production

21   of documents responsive to their Requests for Production of Documents

22   propounded on the City of Santa Ana.  The specific documents sought by the

23   motion included, "the complete file of any internal investigation into the

24   INCIDENT" and "the complete personnel file of City of Santa Ana Police

25   Department Officer DAVID GARCIA."  See Pl's MTC, Doc. 37.

26        2.    Following the hearing, the Court granted the motion, subject to

27   limitations.  The Court's order for disclosure Without any  part that the Court's

28   order for discovery encompasses the following:

-1-

[~~Proposed~~] ORDER RE PRODUCTION OF PERSONNEL DOCUMENTS
AND PROTECTIVE ORDER

    a.       Use of force reports in Officer Garcia's personnel file;

    b.       Citizens' complaints regarding false statements, false reports, dishonesty, unlawful detention, and/or excessive force, whether founded or not;

    c.       Training records and certificates;

    d.       Performance evaluations;

    e.       The Santa Ana Police Department Professional Standards Bureau investigation report concerning the shooting of Ignacio Leon;

    f.       Any correspondence sent to or from Officer Garcia regarding: any internal reviews, evaluations, investigations, or departmental conclusions concerning any use of force, any detention or arrest, or any issue regarding compliance or noncompliance with any departmental policy;

    g.       Any disciplinary records, to the extent such records exist.

3.       These items, collectively defined as the "Personnel Documents", shall be subject to the following Protective Order.

## PROTECTIVE ORDER

1.       All documents produced by the City of Santa Ana that compromise the Personnel Documents will be clearly designated as "CONFIDENTIAL" and be placed in an envelope labeled as such prior to the disclosure.  The "CONFIDENTIAL" designation shall be placed on the printed pages of the Personnel Documents in a manner that does not overwrite or make illegible the text of the document.

2.       Each person receiving any of the Personnel Documents shall not disclose to any person or entity, in any manner, including orally, any of the Personnel Documents or any of the information contained therein, except when

- 2 -

1  used for purposes of this litigation pursuant to this protective order.

2      3.    The Personnel Documents and all information contained therein, may

3  only be disclosed to the following "qualified" persons:

4          a.    Counsel of record for the parties to this civil litigation;

5          b.    Plaintiff and Defendant City of Santa Ana and its employees,

6                including, but not limited to Officer David Garcia;

7          c.    Paralegal, stenographic, clerical and secretarial personnel

8                regularly employed by counsel referred to in subparagraph (a);

9                and, investigators, expert witnesses and other persons

10               legitimately involved in litigation-related activities for the

11               counsel of record; and

12         d.    Court personnel, including stenographic reporters engaged in

13               such proceedings as are necessarily incidental to preparation for

14               the trial of this action.

15     4.    With the exception of the Court and court personnel (who are subject

16  only to the Court's internal procedures regarding the handling of material filed or

17  lodged, including material filed or lodged under seal), all persons receiving a copy

18  of the Personnel Documents shall, before receiving such protected information, be

19  given a copy of this Protective Order and a compliance agreement (in the form

20  attached hereto as Exhibit "A") and shall execute the compliance agreement, and

21  return the original of the compliance agreement to the attorney who gives him/her

22  the protected information.  It shall be the responsibility of the respective attorneys

23  to distribute compliance agreements, and then collect and maintain custody of the

24  executed originals of the compliance agreements.

25     5.    The Personnel Documents may be disclosed to the Court and court

26  personnel, in connection with this litigation.  Portions of the Personnel Documents

27  that a party intends to use in support of or in opposition to a pre-trial filing with the

28  Court must be filed in accordance with the Central District of California Local

- 3 -

[Proposed] ORDER RE PRODUCTION OF PERSONNEL DOCUMENTS
AND PROTECTIVE ORDER

1   Rules relating to under seal filings, including Local Rule 79-5.  Counsel intending
2   to use documents from Personnel Documents must both (a) apply to submit
3   unredacted documents containing any portion of the Personnel Documents under
4   seal and (b) file public versions of the same documents with the information from
5   the Personnel Documents redacted.

6         6.      In the event this matter proceeds to trial, to the extent that any of the
7   Personnel Documents are offered into evidence, those documents will become
8   public, unless sufficient cause is shown in advance of trial to proceed otherwise.

9         7.      The court reporter, videographer, and audiographer, if any, who
10  record all or part of any future deposition(s) in this matter, which include the
11  Personnel Documents or descriptions thereof, shall be subject to this Order and
12  precluded from providing any portions of the original deposition videotape,
13  audiotape, or exhibits which relate to the Personnel Documents or information to
14  any persons other than counsel of record, absent order of the court.

15        8.      Those attending any future deposition(s) shall be bound by this Order
16  and, therefore, shall not disclose to any person or entity, in any manner, including
17  orally, any documents from the Personnel Documents made by such person during
18  the course of said depositions.

19        9.      At any future deposition(s), should there be persons in attendance
20  who are not authorized to access to the Personnel Documents or information, such
21  persons shall be removed from the deposition room at any time information
22  relating to the Personnel Documents or protected information is disclosed or
23  discussed.

24        10.     The Personnel Documents shall be used solely in connection with the
25  preparation and trial of this action, entitled Ignacio Leon v. City of Santa Ana, et
26  al., bearing case number SACV14-0387 JLS (DFMx), or any related appellate
27  proceeding, and not for any other purpose, including, without limitation, any other
28  litigation or administrative proceedings or any investigation related thereto.

-4-

11.    This Order may not be modified unless by written consent of the parties and approval of the Court.  Any party may move for a modification of this Order at any time.  Upon receipt and review of the documents produced pursuant to this protective order, any party may move to remove the confidential designation of any document after meeting and conferring with opposing counsel and pursuant to the procedures governing discovery motions set forth in Local Rule 37.

12.    This Order is made for the purpose of ensuring that the Personnel Documents will remain confidential, unless otherwise ordered by the Court or in response to a successful motion by a party made pursuant to Paragraph 11.

13.    At the conclusion of this litigation, upon request of defense counsel, plaintiffs' counsel shall return the Personnel Documents to Steven J. Rothans, Esq., Carpenter, Rothans & Dumont, 888 S. Figueroa Street, Suite 1960, Los Angeles, California 90017.  Alternatively, the receiving parties and every other person and/or entity who received originals or copies of the protected information may destroy all such material and material derived therefrom within thirty (30) calendar days after the conclusion of this case.  Additionally, within thirty (30) calendar days after the conclusion of this case, counsel for the receiving parties shall send a signed declaration stating that such material has been destroyed pursuant to this Protective Order.

14.    Nothing in this Order shall be construed as authorizing a party to disobey a lawful subpoena issued in another action.

### **GOOD CAUSE**

The parties submit that GOOD CAUSE exists to enter the proposed protective order to balance the defendants' concerns that the documents consist of police reports and private information concerning the parties to this litigation, as well as individuals who are not parties to this litigation, as protected by the official information privilege, law enforcement privilege and the right to privacy, as

- 5 -

1   protected by the California and United States Constitution, with plaintiffs' right to

2   discovery in this litigation.  The parties agree that all documents marked

3   confidential and produced pursuant to this protective order are subject to the terms

4   of this protective unless otherwise ordered by the Court.

5       IT IS SO ORDERED.

6

7   DATED: 2/27/2015

8       Honorable Douglas F. McCormick
        United States District Court Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -

[Proposed] ORDER RE PRODUCTION OF PERSONNEL DOCUMENTS
AND PROTECTIVE ORDER