JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO LEON, JR., | Case No.: SACV 14-00387-JLS (DFMx) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| CITY OF SANTA ANA; DAVID GARCIA, | |
| Defendants. | |

This action came on for trial on September 15, 2015, in Courtroom 10A of the United States District Court for the Central District of California, the Honorable Josephine L. Staton, United States District Judge, presiding:

Plaintiff Ignacio Leon, Jr., was represented by Dale K. Galipo and Renee Valentine of The Law Offices of Dale K. Galipo.

Defendants City of Santa Ana and Officer David Garcia were represented by Steven J. Rothans and Mark D. Rutter of Carpenter, Rothans & Dumont. A jury was regularly empaneled and sworn. Witnesses were sworn and testified. After the presentation of the evidence, the instructions of the Court, and the arguments of

counsel, the case was submitted to the jury. The jury deliberated and on September 24, 2015, returned to Court with its verdict as follows:

Question #1:

Did Officer Garcia use excessive or unreasonable force against Ignacio Leon?

_____ YES        \_\_\_\_X_____ NO

    Pursuant to the jury's verdict finding in favor of Defendants City of Santa Ana and Officer David Garcia,
NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

    1.    Defendants City of Santa Ana and Officer David Garcia shall have judgment entered in their favor on Plaintiff's state tort battery claim and Plaintiff shall take nothing;

    2.    Defendants City of Santa Ana and Officer David Garcia shall have judgment entered in their favor on Plaintiff's claim for violations of civil rights under 42 U.S.C. §1983 and Plaintiff shall take nothing; and

    3.    Defendants City of Santa Ana and Officer David Garcia shall recover costs of suit and interest incurred herein, as provided by law.

**IT IS SO ORDERED.**

Dated: October 5, 2015    _____
                                              Honorable Josephine L. Staton
                                              United States District Judge